IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE:** | : | **CHAPTER 13** |
| **Mary Ellen Payne-Zimmerman** | : | **NO. 23-13482** |
| | : | |
| **(DEBTORS)** | : | |

### ORDER

    **AND NOW**, upon consideration of the within PETITION TO WITHDRAW AND/OR DISMISS CHAPTER 13 BANKRUPTCY, it is hereby ordered and directed as follows:

1.    The Chapter 13 Petition Mary Ellan Payne-Zimmerman is dismissed. The Trustee is relieved of his duties, effective immediately.

BY THE COURT:

*Patricia M. Mayer*

**Date: January 11, 2024**    Patricia M. Mayer
BANKRUPTCY JUDGE