United States Bankruptcy Court

Eastern District of Pennsylvania

In re: Case No. 23-13482-pmm

Mary Ellen Payne-Zimmerman  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4  User: admin  Page 1 of 2
Date Rcvd: Jan 11, 2024  Form ID: pdf900  Total Noticed: 8

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 13, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mary Ellen Payne-Zimmerman, 160 Manheim Street, Mount Joy, PA 17552-1327 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Jan 12 2024 00:03:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jan 12 2024 00:04:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14836369 | | Email/Text: EBNBKNOT@ford.com | Jan 12 2024 00:04:00 | Ford Motor Credit Company LLC, PO Box 62180, Colorado Springs, CO 80962-2180 |
| 14831640 | + | Email/Text: notices@burt-law.com | Jan 12 2024 00:04:00 | Ford Motor Credit, c/o Burton Neil and Associates, PC, 1060 Andrew Dr., Ste. 170, West Chester, PA 19380-5601 |
| 14831641 | ^ | MEBN | Jan 11 2024 23:57:12 | KML Law Group, 701 Market Street, Philadelphia, PA 19106-1541 |
| 14835193 | ^ | MEBN | Jan 11 2024 23:57:14 | MIDFIRST BANK, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14831642 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Jan 12 2024 00:19:12 | Midland Mortgage, 999 NW Grand Blvd., Oklahoma City, OK 73118-6051 |

TOTAL: 7

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

District/off: 0313-4 | User: admin | Page 2 of 2
Date Rcvd: Jan 11, 2024 | Form ID: pdf900 | Total Noticed: 8

Date: Jan 13, 2024           Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 11, 2024 at the address(es) listed below:**

**Name**  **Email Address**

MICHAEL PATRICK FARRINGTON
    on behalf of Creditor MIDFIRST BANK mfarrington@kmllawgroup.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

THOMAS W. FLECKENSTEIN
    on behalf of Debtor Mary Ellen Payne-Zimmerman Tom@TomFleckenstein.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 4

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| Mary Ellen Payne-Zimmerman | : | NO. 23-13482 |
| | : | |
| (DEBTORS) | : | |

## ORDER

**AND NOW**, upon consideration of the within PETITION TO WITHDRAW AND/OR DISMISS CHAPTER 13 BANKRUPTCY, it is hereby ordered and directed as follows:

1. The Chapter 13 Petition Mary Ellan Payne-Zimmerman is dismissed. The Trustee is relieved of his duties, effective immediately.

BY THE COURT:

*Patricia M. Mayer*

**Date: January 11, 2024**

Patricia M. Mayer
BANKRUPTCY JUDGE